UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-1253(DSD/SRN)

Michael John Bui,

        Plaintiff,

v.                                              **ORDER**

John Q. McShane, Judge
of District Court,
Edward Toussaint, Chief
Judge of Court of Appeals,

        Defendants.


This matter is before the court upon petitioner's pro se objections to the report and recommendation of Magistrate Judge Susan R. Nelson dated May 6, 2008.  In her report, the magistrate judge recommends that petitioner's "Application to Proceed Without Prepayment of Fees" be denied and the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

The court reviews the report and recommendation of the magistrate judge de novo.  28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b).  After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion.  Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 3] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application [Doc. No. 2] is denied and this action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 13, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court